E-filing

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis M. John-Charles

        Plaintiff,

vs.

E. Abanico, et. al.,

        Defendant.

CASE NO. CV 07 5786 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Curtis M. John-Charles, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

<u>Prior to imprisonment, I was employed by Franchise Tax Board,</u>
<u>earning between $1000.00 to $1200.00 a month.</u>
_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No _X_

    b. Income from stocks, bonds, or royalties?      Yes ____ No _X_

    c. Rent payments?      Yes ____ No _X_

    d. Pensions, annuities, or life insurance payments?      Yes ____ No _X_

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____

3. Are you married?      Yes _X_ No ____

Spouse's Full Name: <u>Mrs. Ajene C. John-Charles</u>

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ ___0___

    b. List the persons other than your spouse who are dependent upon you for support

1      and indicate how much you contribute toward their support. (NOTE: For minor
2      children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  A.-12; & J.-10. can not contribute do to my incarceration.
4  _____
5  5.     Do you own or are you buying a home?          Yes ____ No _X_
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.     Do you own an automobile?                     Yes ____ No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.     Do you have a bank account?   Yes ____ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No _X_  Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)   Yes ____ No _X_
18 _____
19 8.     What are your monthly expenses?
20 Rent: $ _____ Utilities: _____
21 Food: $ _____ Clothing: _____
22 Charge Accounts:
23 Name of Account           Monthly Payment              Total Owed on This Acct.
24 _____      $ _____         $ _____
25 _____      $ _____         $ _____
26 _____      $ _____         $ _____
27 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

1
2
3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?   Yes ___   No  X
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7
8
9          I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  *10-29-07*                                *Mr. Curtis M. John-Charles*
15      DATE                                    SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS               - 4 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 11, 2007

ACCOUNT NUMBER : T56703                          BED/CELL NUMBER: CFOWT2000000239L
ACCOUNT NAME   : JOHN-CHARLES, CURTIS MICHAE     ACCOUNT TYPE: I
PRIVILEGE GROUP: D

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 09/12 | D201 | FAMILY VISIT | 0870 8213 | | 60.00 | | 60.00 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/20/2005 | H107 | POSTAGE HOLD | 3393 POST | 3.85 |
| 07/25/2006 | H107 | POSTAGE HOLD | 0274 POST | 4.20 |
| 09/12/2006 | H107 | POSTAGE HOLD | 0767 POST | 1.35 |
| 09/14/2006 | H107 | POSTAGE HOLD | 0804 POST | 2.07 |
| 09/14/2006 | H107 | POSTAGE HOLD | 0804 POST | 0.39 |
| 09/14/2006 | H107 | POSTAGE HOLD | 0804 POST | 0.39 |
| 10/24/2006 | H107 | POSTAGE HOLD | 1207 POST | 1.59 |
| 10/24/2006 | H107 | POSTAGE HOLD | 1215 POST | 4.05 |
| 10/24/2006 | H107 | POSTAGE HOLD | 1215 POST | 3.27 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3403 POST | 1.59 |
| 05/26/2007 | H107 | POSTAGE HOLD | 3596 POST | 1.59 |
| 08/09/2007 | H107 | POSTAGE HOLD | 0500 POSTA | 1.31 |
| 09/12/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 0870 8213 | 60.00 |
| 09/21/2007 | H109 | LEGAL POSTAGE HOLD | 0978 LPOST | 0.92 |
| 09/21/2007 | H109 | LEGAL POSTAGE HOLD | 0978 LPOST | 0.75 |
| 09/21/2007 | H109 | LEGAL POSTAGE HOLD | 0978 LPOST | 0.58 |
| 09/21/2007 | H109 | LEGAL POSTAGE HOLD | 0978 LPOST | 0.58 |
| 09/22/2007 | H109 | LEGAL POSTAGE HOLD | 1003 LPOST | 6.79 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 60.00 | 0.00 | 60.00 | 95.27 | 0.00 |

CURRENT AVAILABLE BALANCE

35.27-