# DECLARATION OF SERVICE BY MAIL

CASE NAME: Curtis M. John-Charles V. E. Abanico, L. Royas, et al

CASE NO. : CV 07 5786 PJH

I, Curtis M. John-Charles, declare that I am over the age of eight-teen (18) years; I am ~~not~~ a party to the attached action; I served the attached document entitled: Page 10 of Civil Complaint, that is very much apart of said complaint; (this page may have not been filed, and needs to be apart of this complaint) on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correction-al Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows: Richard W. Wieking

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this service this __27th__ day of __November__, __2007__, in Soledad, CA.

_Mr. Curtis M. John-Charles_
Declarant