Case Number: C07-5786 RJH

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>JOHN-CHARLES T56703</u> for the last six months at
[prisoner name]

<u>CORRECTIONAL TRAINING FACILITY</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>Ø</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>Ø</u>.

Dated: <u>11-28-07</u>       <u>Brenda Nation, Acct Technician</u>
                              Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST 11-28-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY <u>Brenda Nation</u>
TRUST OFFICE

4

```
                                                              00001000
                                        PAGE NO:       1
               CALIFORNIA DEPARTMENT OF CORRECTIONS
                   CTF SOLEDAD/TRUST ACCOUNTING
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT


             FOR THE PERIOD: JUN. 28, 2007 THRU NOV. 27, 2007


ACCOUNT NUMBER : T56703                 BED/CELL NUMBER: CFOWT2000000239L
ACCOUNT NAME   : JOHN-CHARLES, CURTIS MICHAE   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                         TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ---- -------------- ---------- ---------- ---------- ------------ ----------

06/28/2007  BEGINNING BALANCE                                              0.00

09/12 D201 FAMILY VISIT   0870 8213              60.00                    60.00



                         CURRENT HOLDS IN EFFECT

  DATE      HOLD
 PLACED     CODE        DESCRIPTION           COMMENT       HOLD AMOUNT
----------  ----  -------------------------  ----------    ------------
04/20/2005  H107  POSTAGE HOLD               3393 POST           3.85
07/25/2006  H107  POSTAGE HOLD               0274 POST           4.20
09/12/2006  H107  POSTAGE HOLD               0767 POST           1.35
09/14/2006  H107  POSTAGE HOLD               0804 POST           2.07
09/14/2006  H107  POSTAGE HOLD               0804 POST           0.39
09/14/2006  H107  POSTAGE HOLD               0804 POST           0.39
10/24/2006  H107  POSTAGE HOLD               1207 POST           1.59
10/24/2006  H107  POSTAGE HOLD               1215 POST           4.05
10/24/2006  H107  POSTAGE HOLD               1215 POST           3.27
05/11/2007  H107  POSTAGE HOLD               3403 POST           1.59
05/26/2007  H107  POSTAGE HOLD               3596 POST           1.59
08/09/2007  H107  POSTAGE HOLD               0500 POSTA          1.31
09/12/2007  H201  FAMILY VISIT DEPOSIT HOLD  0870 8213          60.00


                         TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE    BALANCE     TO BE POSTED
------------  ---------  -----------  ----------  ----------  --------------
    0.00       60.00        0.00        60.00       85.65          0.00


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                   ------------
                                                       25.65-
```

CORRECTIONAL TRUST ACCOUNT
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-28-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Brenda Nation
TRUST OFFICE

**E-filing**

ORIGINAL FILED
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis M. John-Charles  )
                        )   CV 07         5786
          Plaintiff,    )   CASE NO. _____
                        )
    vs.                 )   PRISONER'S
                        )   APPLICATION TO PROCEED   PJH
E. Abanico, et. al.,    )   IN FORMA PAUPERIS
                        )                            (PR)
          Defendant.    )

I, Curtis M. John-Charles, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  <u>Prior to imprisonment, I was employed by Franchise Tax Board,</u>
4  <u>earning between $1000.00 to $1200.00 a month.</u>
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8   a.  Business, Profession or                          Yes ___  No _X_
9       self employment
10  b.  Income from stocks, bonds,                       Yes ___  No _X_
11      or royalties?
12  c.  Rent payments?                                   Yes ___  No _X_
13  d.  Pensions, annuities, or                          Yes ___  No _X_
14      life insurance payments?
15  e.  Federal or State welfare payments,               Yes ___  No _X_
16      Social Security or other govern-
17      ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.  Are you married?                                 Yes _X_  No ___
23  Spouse's Full Name: <u>Mrs. Ajene C. John-Charles</u>
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.  a.  List amount you contribute to your spouse's support:$ ____0____
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -2-

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

A.-12; & J.-10. can not contribute do to my incarceration. _____

_____

5.   Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?   Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

_____

8.   What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1
2
3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?   Yes ___   No  X
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7
8

    I consent to prison officials withdrawing from my trust account and paying to the court the
    initial partial filing fee and all installment payments required by the court.
    I declare under the penalty of perjury that the foregoing is true and correct and understand
    that a false statement herein may result in the dismissal of my claims.

    10-29-07                              Mr. Curtis M. John-Charles
        DATE                                SIGNATURE OF APPLICANT



Fr: Mr. Curtis H. John-Charles, T-56703
CTF-Central, OW-239
PO Box 689
Soledad, CA 93960

To: US District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA
94102-9680

C/B M. John-Charles #T56103
Central Facility, ICW-235
P.O. Box 689
Soledad, CA 93960

Legal Mail

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES