FR: Mr. Curtis M. John-Charles, T-56703
North Block; 2N17U
San Quentin, CA 94964

Date: 12·18·07

**FILED**

DEC 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: Clerk for Northern District

C07-5786 PJH

RE: Change of Address

Dear Clerk,

As of 12·12·07, I have been transferred to
San Quentin State Prison, and am only now being able to
Notify your office as required. I am an indigent prisoner
and was not forwarded my property upon arrival. I currently
am still without my property (legal & personal) as I was told the
transportation officers did not want to put my property on the
transportation bus. I do have two cases that I recently
have filed, within this count. However, I do not remember
those case #'s at this time (but they were both filed in
November of 2007)!

Please forward any response or orders of this count
to my new address (listed above).

Respectfully Submitted,

Mr. Curtis M. John-Charles

$ 00.41⁰
PITNEY BOWES
02 1M
0004248283
MAILED FROM ZIP CODE 94964
DEC 19 2007
UNITED STATES POSTAGE

Fr. Mr. Curtis M. John-Charles, T-56703
North Block, 2 N 17 U
San Quentin, CA
94964

To: Clerk for the Northern District
Federal Court of California
Att: Richard
450 Golden Gate Ave.
San Francisco, CA
94102

94102+3441

Legal Mail

Legal Mail

NSF
SAN QUENTIN STATE PRISON