**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                        415.522.2000

## February 4, 2008

**CASE NUMBER:  CV 07-05786 PJH**

**CASE TITLE:  CURTIS M JOHN-CHARLES-v-E ABANICO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW (PR)**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/4/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                            Entered in Computer 2/4/08ha

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                  Transferor CSA