IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS M. JOHN-CHARLES,<br><br>     Plaintiff,<br><br>  v.<br><br>E. ABANICO et al.,<br><br>     Defendants._____/ | No. C 07-05786 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion To Dismiss. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  Plaintiff may file his opposition to Defendants' Motion To Dismiss up to <u>thirty (30) days</u> from the date of this Order.

    If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 27.

    IT IS SO ORDERED.

Dated: 9/10/10

                                               _____<br>
                                               CLAUDIA WILKEN<br>
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

JOHN-CHARLES et al,

        Plaintiff,

v.

ABANICO et al,

        Defendant.

Case Number: CV07-05786 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis M. John-Charles T-56703
Fac. 4-21-F-2up
CSP-Vacaville
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: September 10, 2010

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk