IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS M. JOHN-CHARLES,<br><br>    Plaintiff,<br><br>  v.<br><br>E. ABANICO, et al.,<br><br>    Defendants._____/ | No. C 07-5786 CW (PR)<br><br>ORDER DIRECTING DEFENDANT ABANICO TO PRODUCE ADDITIONAL DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

    Before the Court is Defendant E. Abanico's motion for summary judgment.[1] Defendant Abanico asserts he is entitled to qualified immunity. (Mot. Summ. J. at 16.) He alleges that Plaintiff's Eighth Amendment rights were not violated because the clothed body-search of Plaintiff's groin was "routine, and part of the policy to detect and prevent the passage of drugs, weapons and other contraband in California's prisons." (Id. at 16-17.) Defendant Abanico's declaration in support of his motion for summary judgment indicates that "[a]t the correctional academy, [he] was taught to use the palm of the hand to pat, tap, or touch an inmate's buttocks and groin" when performing a clothed body-search. (Abanico Decl. ¶ 4.) He further asserts that on October 3, 2006, he "participated in on-the-job training for clothed body-searches" which "utiliz[ed] the correctional officer academy's lesson plan." (Id. ¶ 5.) This training allegedly "reinforced [his] techniques for conducting clothed body-searches, including searching inmates' groins for contraband such as weapons, drugs or other contraband." (Id.)

---

[1] Also before the Court is Defendant Ragasa's motion to dismiss for failure to exhaust administrative remedies. Because Defendant Ragasa has not moved for summary judgment at this time, the Court will not direct him to produce any additional documents.

1 Lieutenant A. Padilla has also filed a declaration in support of
2 Defendant Abanico's motion for summary judgment.  Lt. Padilla
3 alleges that "as part of the training at the correctional academy,
4 classes are taught to all trainees on conducting clothed body-
5 searches for drugs, weapons, or other contraband."  (Padilla Decl.
6 ¶ 3.)  He further alleges "[a]ny clothed body search conducted by a
7 correctional officer must include searching an inmate's groin area,
8 otherwise the search would not be complete."  (Id.)

9   Defendant Abanico's motion for summary judgment does not
10 specifically describe the Correctional Training Facility (CTF)
11 operational procedures dealing with clothed body-searches.  Nor has
12 Defendant Abanico submitted copies of these CTF operational
13 procedures in support of his motion for summary judgment.
14 Defendant Abanico also did not submit documents supporting his
15 allegations relating to his training at the "correctional academy"
16 or the October 3, 2006 "on-the-job training" for conducting clothed
17 body-searches.

18   No later than seven (7) days from the date of this Order,
19 Defendant Abanico shall provide the Court with the procedures for
20 conducting clothed body-searches, including the scope and frequency
21 of these searches, by submitting any and all relevant supporting
22 documents from: (1) CTF operational procedures; (2) his training at
23 the "correctional academy"; and (3) the October 3, 2006 "on-the-job
24 training."  The Court will address the pending dispositive motions
25 in a separate written Order.

26   IT IS SO ORDERED.
27 Dated: 1/13/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN-CHARLES et al,

        Plaintiff,

  v.

ABANICO et al,

        Defendant.

Case Number: CV07-05786 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis M. John-Charles T-56703
Sierra Conservation Center
5100 O'Byrnes Ferry Road
P.O. Box 497
Jamestown, CA 95327-0497

Dated: January 13, 2011

                      Richard W. Wieking, Clerk
                      By: Nikki Riley, Deputy Clerk