IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS M. JOHN-CHARLES,<br><br>    Plaintiff,<br><br>  v.<br><br>E. ABANICO, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-5786 CW (PR)<br><br>SECOND ORDER DIRECTING DEFENDANT ABANICO TO PRODUCE ADDITIONAL DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

    Defendant Abanico has responded to the Court's January 13, 2011 Order directing him to produce additional documents in support of his motion for summary judgment.  He has attached a declaration from Lieutenant Kirk Hoffman, who is a California Department of Corrections and Rehabilitation (CDCR) In-Service Training Manager at the Correctional Training Facility.  Attached as Exhibit C to Lt. Hoffman's declaration is "a true and correct copy of the CDCR Academy's 'Body, Cell, Area and Grid Search Instructor's Guide.'" (Hoffman Decl., Ex. C.)  Lt. Hoffman states that the Instructor's Guide was "in effect in 2006." (Id. ¶ 6.)  However, in Defendant Abanico's response, Attorney Christopher Young states that the Instructor's Guide was "in effect in 2004 and 2005 both when Defendant Abanico was a cadet at the correctional training academy and in 2006 when the searches of Plaintiff occurred." (Abanico Resp. at 1.)  Lt. Hoffman does not declare under penalty of perjury that the Instructor's Guide was in effect in 2005, when Defendant Abanico graduated from the correctional training academy.

    Accordingly, no later than seven (7) days from the date of this Order, Defendant Abanico shall provide the Court with either

1  (1) a declaration under penalty of perjury that the Instructor's
2  Guide attached as Exhibit C was in effect in 2005; or (2) a copy of
3  the 2005 Instructor's Guide.  The Court will address the pending
4  dispositive motions in a separate written Order.
5      IT IS SO ORDERED.
6  Dated: 1/26/2011

                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN-CHARLES et al,

        Plaintiff,

v.

ABANICO et al,

        Defendant.

Case Number: CV07-05786 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis M. John-Charles T-56703
Sierra Conservation Center
5100 O'Byrnes Ferry Road
P.O. Box 497
Jamestown, CA 95327-0497

Dated: January 26, 2011

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk